IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FRANCISCO ARNULFO ARMENTA-COTA,

    Defendant.

Case No. 1:16-cr-4367-1-JMC

## **ORDER GRANTING MOTION TO DISMISS THE INDICTMENT**

On August 29, 2018, the United States filed a Motion to Dismiss the Indictment. In that motion, the United States represents that under the terms of the plea agreement, the United States agreed to dismiss the Indictment in this cause as to Defendant Francisco Arnulfo Armenta-Cota.

FOR GOOD CAUSE SHOWN, this Court GRANTS Defendant's Motion to Dismiss the Indictment (Doc. 96) and DISMISSES the Indictment (Doc. 16).

IT IS SO ORDERED.

Entered for the Court
this the 30th day of August, 2018

/s/ Joel M. Carson III_____
Joel M. Carson III
United States Circuit Judge
Sitting by Designation